UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CASE NO: 2:15-CR-00008-BO-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | MOTION TO SEAL |
| DWAYNE J. HOPKINS | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on the Defendant's Motion to Seal, requesting that Defendant's Sealed Sentencing Memorandum and Motion for Downward Variance be filed under seal.

FOR GOOD CAUSE SHOWN, the Motion is allowed and the Clerk is directed to file under seal Defendant's Sealed Sentencing Memorandum and Motion for Downward Variance.

This __17__ day of August, 2017.

_____
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE