UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Dwayne J. Hopkins                  Docket No. 2:15-CR-8-1BO

### Petition for Action on Probation

COMES NOW Melissa K. Gonigam, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Dwayne J. Hopkins, who, upon an earlier plea of guilty to Lacey Act Trafficking Violation, in violation of 16 U.S.C. § 3372(a)(l), 16 U.S.C. § 3373(d)(l)(B), and 50 C.F.R. Parts 697.7(b)(l), (2), (3), and (4), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on August 23, 2017, to 3 years probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 15, 2017, the defendant submitted to urinalysis that tested positive for cocaine. He signed an admission form indicating that he used cocaine on September 14, 2017.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

2. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Dwayne K. Benfield                  /s/ Melissa K. Gonigam
Dwayne K. Benfield                      Melissa K. Gonigam
Supervising U.S. Probation Officer        U.S. Probation Officer
                                                            201 South Evans Street, Rm 214
                                                            Greenville, NC 27858-1137
                                                            Phone: (252) 830-2345
                                                            Executed On: September 21, 2017

Dwayne J. Hopkins
Docket No. 2:15-CR-8-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this \_\_\_02\_\_ day of \_\_\_Sept.\_\_\_, 2017, and ordered filed and made a part of the records in the above case.

*Terrence Boyle*
Terrence W. Boyle
U.S. District Judge